**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FIRST MERCURY** | : | |
| **INSURANCE COMPANY,** | : | **CIVIL ACTION** |
|       **Plaintiff,** | : | |
| | : | |
|   **v.** | : | |
| | : | |
| **KRISTOPHER ROSSI, et al.** | : | **No. 10-1097** |
|       **Defendants.** | : | |

<u>**ORDER**</u>

    **AND NOW**, this **31st** day of **March, 2011**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant Kristopher Rossi's response thereto, Plaintiff's reply thereon, and for the reasons stated in this Court's March 31, 2011 Memorandum, it is hereby **ORDERED** that:

1.    The motion (Document No. 23) is **GRANTED**.

2.    The Court **DECLARES** that First Mercury Insurance Company is under no obligation to defend or indemnify C&C Music Industries, LLC d/b/a Grape Street Philadelphia in the matter of *Kristopher Rossi v. Tatie Corporation, et al.*, October Term 2009, currently pending in the Philadelphia Court of Common Pleas.

3.    The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**